# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2483
_____

WAYNE PAUL MANNING,

    Appellant,

    v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

March 15, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and MAKAR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Wayne Paul Manning, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Thomas H. Duffy and Kenneth S. Steely, Assistant Attorneys General, Tallahassee, for Appellee.